UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                    )
PAMELA GROSSMAN                           )
JEFFERY GROSSMAN                          ) CASE NO. 15-30817-DHW-13
          Debtor(s)                       )

## AMENDED NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of MAX CREDIT UNION  and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math, dated this ___21___ day of ___Apr___, 2015

OF COUNSEL:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this ___21___ day of ___Apr___, 2015.

x       by electronic service

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101
trustees_office@ch13mdal.com

JOSHUA C. MILAM
566 S. PERRY STREET
MONTGOMERY AL 36104
JMILAM@SMCLEGAL.COM

x       by regular U.S. mail

PAMELA GROSSMAN
JEFFERY GROSSMAN
260 LEE LANE
TALLASSEE AL 36078

/s/ Leonard N. Math, dated this ___21___ day of ___Apr___, 2015