# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>PAMELA GROSSMAN<br>SSAN: XXX-XX-7348<br><br>JEFFERY GROSSMAN<br>SSAN: XXX-XX-7871<br><br>Debtor(s) | Case No. 15-30817-DHW<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on Tuesday, March 31, 2015.

2. The debtor(s) §341 Meeting of Creditors was held Thursday, May 7, 2015.

(X)Debtor(s) was to amend Schedule I to list new employer and income. Debtor was to provide Trustee with a copy of the realtor's opinion referred to in Schedule A. Debtor's were to amend the plan to pledge the non-exempt proceeds from the lawsuit.

WHEREFORE, the above premises considered, Trustee objects to confirmation and requests that confirmation be denied or the case be continued until such time as the requested issues have been resolved.

Respectfully submitted this Monday, June 1, 2015.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P. O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: Ch13Trustee@ch13mdal.com | Curtis C. Reding<br>Chapter 13 Trustee<br><br><br>By:/s/ *Curtis C. Reding* |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this Monday, 1 June, 2015.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>JOSHUA C MILAM | /s/ *Curtis C. Reding*<br>Curtis C. Reding |

PAMELA GROSSMAN
JEFFERY GROSSMAN
260 LEE LANE
TALLASSEE , AL 36078