In re                                                           Case No. 15−30817
Chapter 13

Pamela Grossman and Jeffery Grossman

      Debtors

# ORDER

This case is before the court on the following matter:

*38* − Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation For Lawsuit Proceeds filed by Curtis C. Reding on behalf of Curtis C. Reding. Responses due by 08/17/2015. (Reding, Curtis)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Done this 18th day of August, 2015.

Dwight H. Williams Jr.
United States Bankruptcy Judge