The relief described hereinbelow is SO ORDERED

Done this 26th day of October, 2015.

*Dwight A. Williams, Jr.*

**Dwight H. Williams, Jr.**
**United States Bankruptcy Judge**



___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| In Re | ) | |
| | ) | |
| PAMELA GROSSMAN AND JEFFERY GROSSMAN, | ) ) ) | CASE NO.15-30817 |
| Debtor(s). | | |

AGREED ORDER CONDITIONALLY DENYING BANK OF AMERICA, N.A.'S
MOTION FOR RELIEF FROM AUTOMATIC STAY OR
IN THE ALTERNATIVE ADEQUATE PROTECTION

This matter came before the Court on the motion of BANK OF AMERICA, N.A. ("Creditor") seeking relief from the automatic stay imposed by 11 U.S.C.§ 362(a) as it relates to the enforcement of the lien against property commonly referred to as 260 Lee Lane, Tallassee, AL 36078.

Notice of the hearing was given. Evidence was presented by affidavit. The parties have stipulated that the motion should be conditionally denied.

It is ORDERED that Creditor's motion is CONDITIONALLY DENIED upon the following conditions: debtors are to pay to Creditor the post-petition arrearage in the amount of

$3,546.32, consisting of post-petition payments due through October, 2015, plus attorney's fees and costs of ($776.00) for this motion for a total of $4,322.32 through the debtors' Chapter 13 Plan with Creditor filing a supplemental proof of claim for said sum. The debtor's Chapter 13 payments to the Trustee shall increase to $372.00 bi-weekly, with a specified monthly payment to Creditor in the amount of $85.00. The debtors shall resume making regular monthly mortgage payments beginning with the payment due November 1, 2015.

It is further ORDERED that if the debtors fail to comply with the terms of this Order and Creditor does not receive any future post-petition payment on the date it is due, beginning with the payment due November 1, 2015, then Creditor shall deliver to debtor a twenty (20) day notice of default and opportunity to cure, with a copy of said notice to debtors' attorney, and if said default is not cured within twenty (20) days of the date of the notice, then the automatic stay imposed by 11 U.S.C. Section 362(a) is automatically terminated without further order of the Court as it relates to the enforcement of the lien held by BANK OF AMERICA, N.A., and/or its successors and assigns, against the property described above.

It is FURTHER ORDERED that if the debtors default on post-petition payments and creditor is forced to send a notice of default and creditor incurs attorney's fees in connection with the submission of the notice of default, the creditor may include a reasonable fee not to exceed $75.00 to the cure amount.

#### END OF ORDER #####

This order was reviewed and agreed to by counsel for debtors and Trustee.
Order drafted by:
Jeanna D. Chappell
Pierce Ledyard, PC
P. O. Box 161389
Mobile, AL 36616
251-338-1300
jchappell@pierceledyard.com